**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 15-1064 JGB (DTBx) | Date | June 29, 2015 |
|---|---|---|---|
| Title | *Autry Thomas Holloway Jr. v. Home Depot USA Inc.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:** **Judgment and Order (1) GRANTING Defendant's Motion to Dismiss (Doc. No. 14); (2) VACATING the July 6, 2015 Hearing; and (3) DISMISSING the Complaint WITHOUT PREJUDICE (IN CHAMBERS)**

The Court has received and considered all papers filed in connection with Defendant[1] Home Depot USA Inc.'s Motion to Dismiss. ("Motion," Doc. No. 14.) The Motion is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15.

Plaintiff Autry Thomas Holloway Jr. ("Plaintiff") filed his Complaint against Defendant on April 22, 2015 in California Superior Court for the County of San Bernardino. (Doc. No. 1, Ex. A.) On May 29, 2015, Defendant removed the Complaint to this Court. (Not. of Removal, Doc. No. 1.) On June 5, 2015, Defendant filed a motion to dismiss the Complaint. ("Motion," Doc. No. 14.) Central District of California Local Rule 7-9 requires a party to file opposition papers no later than twenty-one days before the date designated for the hearing of the motion. As of the date of this Order, Plaintiff has not filed any opposition to Defendant's Motion despite the expiration of time within which to timely oppose it. Therefore, pursuant to Local Rule 7-12, the Court concludes that Plaintiff has consented to the granting of the Motion.

The Court GRANTS Defendant's Motion to Dismiss and DISMISSES the Complaint WITHOUT PREJUDICE. The July 6, 2015 hearing on Defendant's Motion is VACATED. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

---

[1] Defendant was erroneously sued as Home Depot – RDC No. 5642.